# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MELISSA PERRY**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:20-CV-03280-JEB |
| ) | |
| **NATIONAL ASSOCIATION OF** ) | |
| **HOME BUILDERS OF THE UNITED** ) | |
| **STATES, d/b/a National Association** ) | |
| **of Home Builders,** ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel[1] and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that the above-captioned action, including all claims asserted therein, be and hereby is dismissed with prejudice, with each party to bear her and its own attorneys' fees and costs.

DATED: December 22, 2020                                    Respectfully submitted,

*/s/ Kurt P. Roper*                                                    */s/ Daniel E. Farrington*

Kurt P. Roper, Esq.                                               Daniel E. Farrington (Bar No. 471403)
Roper & DiBlasio, LLC                                         Fisher & Phillips LLP
401 Headquarters Dr., Suite 202                          7501 Wisconsin Avenue, Suite 1220W
Millersville, MD 21108                                        Bethesda, MD 20814
Tel. (410) 787-1123                                              Tel. (301) 951-1538
Fax (443) 628-0093                                               Fax (301) 880-5031
kurt@rd-lawfirm.com                                          dfarrington@fisherphillips.com

---

[1] Plaintiff's counsel of record, Kurt P. Roper Esq., is a Maryland attorney who is not admitted in this Court. Because this matter was transferred from the District of Maryland, he is presently counsel of record for Plaintiff. Because Mr. Roper is not admitted to this Court, Plaintiff Melissa Perry is also signing this stipulation on her own behalf to indicate her agreement to stipulate to the dismissal with prejudice of this action and all claims asserted therein.

| | |
|---|---|
| *Attorney for Plaintiff*<br>*Melissa Perry*<br><br>*Melissa Perry* (signature)<br>_____<br>Melissa Perry<br>Plaintiff | Sarah K. Biran (Bar No. 465514)[2]<br>Fisher & Phillips LLP<br>7501 Wisconsin Avenue, Suite 1220W<br>Bethesda, MD 20814<br>Tel. (301) 951-1554<br>Fax (301) 880-5031<br>sbiran@fisherphillips.com<br><br>Theresa M. Connolly (Bar No. 472190)[3]<br>Fisher & Phillips LLP<br>2011 Crystal Drive, Suite 400<br>Arlington, VA 22202<br>Tel. (703) 682-7095<br>Fax (202) 403-3767<br>tconnolly@fisherphillips.com<br><br>*Attorneys for Defendant*<br>*National Association of Home Builders* |

---

[2] Ms. Biran has submitted an application for membership to this Court, which is now pending.

[3] Ms. Connolly submitted her registration renewal in July 2020 and her renewal is pending.

2

Doc ID: e81a963d6c882bdca2f1046567380ee67f2b6cbf

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this 22nd day of December, 2020, he caused a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice to be filed with the Clerk of the Court using the CM/ECF system, and also mailed a copy of such filing via first class mail to the following individuals:

>Kurt P. Roper, Esq.
>Roper & DiBlasio, LLC
>401 Headquarters Dr., Suite 202
>Millersville, MD 21108
>kurt@rd-lawfirm.com

*/s/ Daniel E. Farrington*
_____
Daniel E. Farrington